

EXHIBIT
A



Law Department

September 8, 2006

Via U.S. Certified Mail
Return Receipt No. 7002 2410 0002 2327 0833
and Regular U.S. Mail

William D. Trammel, General Partner
Syringa Holdings, Ltd. Co.
8324 Westchester
Boise, Idaho 83704

Via U.S. Certified Mail
Return Receipt No. 7002 2410 0002 2327 0840
and Regular U.S. Mail

William D. Trammel, General Partner
Syringa Holdings, Ltd. Co.
7325 W. Riverside Dr.
Garden City, Idaho 83714

      Re: Past due charges

Dear Mr. Trammel:

      The outstanding charges owed to Union Pacific Railroad Company ("Union Pacific") by Syringa Holdings, Ltd. Co. ("Syringa") have been referred to the Law Department for collection. As of September 8, 2006, the sum of $689,761.00 is due and owing from Syringa to Union Pacific. Enclosed for your information is an invoice listing reflecting said past due charges.

      Please be advised that if payment in full is not received in this office on or before September 22, 2006, Union Pacific will do whatever it deems legally appropriate to collect this unpaid debt. If you have any questions or comments about this matter please contact me at (402) 544-6965, or Mary Ann Kilgore at (402) 544-4195.

                                     Sincerely,

                                      Karen Belair
                                      Legal Assistant II

UNION PACIFIC RAILROAD   1400 Douglas Street   STOP 1580   Omaha, NE 68179-1580   fx. (402) 501-0127

cc: Mary Ann Kilgore, General Attorney
    Bradley K. Stock, Senior Manager-Credit
    David Carroll, Senior Analyst-Credit

Syringa holdings
9/01/2006

| Service | Parent | Acct Billing Name | Acct# | F/B# | F/B Date | W/B# | W/B Date | Orig Billed Amt | Payments | Curr Open Amt | Car Init | Car # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218372213 | 6/21/2006 | 562986 | 6/19/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 864882 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218358386 | 6/21/2006 | 535756 | 6/16/2006 | $6,128.00 | $0.00 | $6,128.00 | TTZX | 865944 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218337301 | 6/21/2006 | 536444 | 6/16/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 806303 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392717 | 6/22/2006 | 636476 | 6/22/2006 | $5,753.00 | $0.00 | $5,753.00 | TTPX | 866771 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392390 | 6/22/2006 | 588554 | 6/20/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 81266 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392389 | 6/22/2006 | 588488 | 6/20/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 81184 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218380870 | 6/22/2006 | 610795 | 6/21/2006 | $5,344.00 | $0.00 | $5,344.00 | AKMD | 2015 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 217450757 | 6/22/2006 | 368978 | 4/28/2006 | $5,995.00 | ($5,995.00) | $1,848.00 | CN | 626233 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218412877 | 6/23/2006 | 624459 | 6/22/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 865195 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218412876 | 6/23/2006 | 602068 | 6/21/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 857133 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218407706 | 6/23/2006 | 647774 | 6/23/2006 | $5,344.00 | $0.00 | $5,344.00 | AKMD | 2058 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218405466 | 6/23/2006 | 624773 | 6/22/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 811248 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218405452 | 6/23/2006 | 624839 | 6/22/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 806040 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218399053 | 6/23/2006 | 587505 | 6/20/2006 | $5,753.00 | $0.00 | $5,753.00 | SERA | 73031 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392399 | 6/23/2006 | 588284 | 6/20/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 804301 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392400 | 6/23/2006 | 588451 | 6/20/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 804054 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392387 | 6/23/2006 | 588212 | 6/20/2006 | $3,738.00 | $0.00 | $3,738.00 | UP | 262256 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218463842 | 6/26/2006 | 650540 | 6/23/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 81212 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218436342 | 6/26/2006 | 532869 | 6/21/2006 | $6,128.00 | $0.00 | $6,128.00 | CN | 624086 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218428243 | 6/26/2006 | 372895 | 6/20/2006 | $9,028.00 | $0.00 | $9,028.00 | CN | 864680 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218428228 | 6/26/2006 | 530219 | 6/20/2006 | $6,128.00 | $0.00 | $6,128.00 | CN | 624835 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218420760 | 6/26/2006 | 521661 | 6/16/2006 | $6,128.00 | $0.00 | $6,128.00 | ATW | 300609 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218487032 | 6/27/2006 | 695052 | 6/27/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 861765 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218478625 | 6/27/2006 | 679243 | 6/27/2006 | $5,344.00 | $0.00 | $5,344.00 | AKMD | 2037 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218478626 | 6/27/2006 | 644147 | 6/23/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 866921 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218475368 | 6/27/2006 | 693948 | 6/28/2006 | $3,738.00 | $0.00 | $3,738.00 | SSW | 88341 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218509159 | 6/28/2006 | 676208 | 6/28/2006 | $3,738.00 | $0.00 | $3,738.00 | SSW | 804478 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218500171 | 6/28/2006 | 373204 | 6/23/2006 | $9,028.00 | $0.00 | $9,028.00 | TTPX | 866348 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218496156 | 6/29/2006 | 693788 | 6/27/2006 | $3,738.00 | $0.00 | $3,738.00 | TTZX | 804058 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218509287 | 6/30/2006 | 148034 | 6/27/2006 | $5,344.00 | $0.00 | $5,344.00 | AKMD | 2018 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218544534 | 6/30/2006 | 678902 | 6/29/2006 | $5,407.00 | $0.00 | $5,407.00 | UP | 273303 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218542520 | 7/3/2006 | 553123 | 6/26/2006 | $6,128.00 | $0.00 | $6,128.00 | CN | 624546 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218599682 | 7/3/2006 | 552277 | 6/29/2006 | $6,128.00 | $0.00 | $6,128.00 | IC | 977659 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218599670 | 7/3/2006 | 373530 | 6/27/2006 | $9,028.00 | $0.00 | $9,028.00 | CN | 625854 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218564038 | 7/3/2006 | 144062 | 6/29/2006 | $6,128.00 | $0.00 | $6,128.00 | TTZX | 857264 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218561352 | 7/5/2006 | 215702 | 7/5/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 864436 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218634866 | 7/6/2006 | 238648 | 7/6/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 85301 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218681301 | 7/7/2006 | 218408 | 7/5/2006 | $6,208.00 | $0.00 | $6,208.00 | TTPX | 856125 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218681296 | 7/7/2006 | 253419 | 7/7/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 865370 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218677030 | 7/7/2006 | 2513531 | 7/7/2006 | $5,414.00 | $0.00 | $5,414.00 | AOK | 26835 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218688685 | 7/10/2006 | 563093 | 7/5/2006 | $6,208.00 | $0.00 | $6,208.00 | CN | 623807 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218687367 | 7/10/2006 | 296728 | 7/11/2006 | $5,414.00 | $0.00 | $5,414.00 | TR | 200350 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218736539 | 7/11/2006 | 247625 | 7/7/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 856887 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218751048 | 7/12/2006 | 313564 | 7/12/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 866460 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218787776 | 7/13/2006 | 357569 | 7/14/2006 | $5,414.00 | $0.00 | $5,414.00 | TTZX | 84476 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218803225 | 7/14/2006 | 357456 | 7/14/2006 | $5,828.00 | $0.00 | $5,828.00 | NOKL | 733257 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218803211 | 7/14/2006 |  |  |  |  |  |  |  |

Syringa holdings
9/01/2006

| Service | Parent | Acct Billing Name | Acct# | F/B# | F/B Date | W/B# | W/B Date | Orig Billed Amt | Payments | Curr Open Amt | Car Init | Car # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218796650 | 7/14/2006 | 307885 | 7/11/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 862512 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218796646 | 7/14/2006 | 285842 | 7/10/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 84074 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218793072 | 7/14/2006 | 249952 | 7/7/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 866641 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218793071 | 7/14/2006 | 296463 | 7/11/2006 | $5,828.00 | $0.00 | $5,828.00 | CORP | 9389 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218848841 | 7/17/2006 | 390538 | 7/17/2006 | $5,828.00 | $0.00 | $5,828.00 | CORP | 9385 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218838044 | 7/17/2006 | 335679 | 7/13/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2057 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218810602 | 7/17/2006 | 374117 | 7/6/2006 | $9,058.00 | $0.00 | $9,058.00 | AOK | 21360 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218809054 | 7/17/2006 | 374487 | 7/11/2006 | $9,058.00 | $0.00 | $9,058.00 | AOK | 28340 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218858980 | 7/18/2006 | 395121 | 7/17/2006 | $5,414.00 | $0.00 | $5,414.00 | NOKL | 734322 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218889577 | 7/19/2006 | 386263 | 7/17/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 862330 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218889576 | 7/19/2006 | 386491 | 7/17/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 866068 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218889574 | 7/19/2006 | 386584 | 7/17/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 861675 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218889572 | 7/19/2006 | 386403 | 7/17/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 857231 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218888370 | 7/19/2006 | 425716 | 7/19/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 732107 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218886194 | 7/19/2006 | 354656 | 7/14/2006 | $5,828.00 | $0.00 | $5,828.00 | NOKL | 9331 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218883096 | 7/19/2006 | 410896 | 7/18/2006 | $5,890.00 | $0.00 | $5,890.00 | CORP | 273685 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218909929 | 7/20/2006 | 453545 | 7/19/2006 | $5,828.00 | $0.00 | $5,828.00 | CHTT | 734406 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218901327 | 7/20/2006 | 441342 | 7/20/2006 | $5,414.00 | $0.00 | $5,414.00 | NOKL | 2045 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218896821 | 7/20/2006 | 585842 | 7/20/2006 | $6,208.00 | $0.00 | $6,208.00 | AKMD | 21275 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218952183 | 7/24/2006 | 588291 | 7/17/2006 | $6,208.00 | $0.00 | $6,208.00 | AOK | 977747 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218952142 | 7/24/2006 | 374926 | 7/18/2006 | $9,058.00 | $0.00 | $9,058.00 | IC | 624775 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218950551 | 7/24/2006 | 430588 | 7/19/2006 | $5,345.00 | $0.00 | $5,345.00 | CN | 85834 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218946842 | 7/24/2006 | 466389 | 7/21/2006 | $5,414.00 | $0.00 | $5,414.00 | UP | 274270 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218937374 | 7/24/2006 | 410980 | 7/18/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 857333 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219002475 | 7/25/2006 | 469242 | 7/21/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 863454 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219002467 | 7/25/2006 | 469356 | 7/21/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 864192 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219002466 | 7/25/2006 | 469213 | 7/21/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 857323 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218999564 | 7/25/2006 | 464344 | 7/21/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 862436 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218990942 | 7/25/2006 | 596304 | 7/21/2006 | $6,208.00 | $0.00 | $6,208.00 | CN | 623983 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218989549 | 7/25/2006 | 499096 | 7/24/2006 | $5,414.00 | $0.00 | $5,414.00 | TTZX | 855173 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219012127 | 7/26/2006 | 513055 | 7/25/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2001 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219034797 | 7/27/2006 | 884944 | 7/12/2006 | $5,187.00 | $0.00 | $5,187.00 | TTZX | 86006 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219052714 | 7/28/2006 | 491731 | 7/24/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 856127 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219052711 | 7/28/2006 | 441511 | 7/20/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 866035 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219116934 | 7/31/2006 | 576854 | 7/28/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 862028 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219116886 | 7/31/2006 | 576886 | 7/28/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 84698 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219105032 | 7/31/2006 | 867966 | 7/19/2006 | $5,478.00 | $0.00 | $5,478.00 | TTZX | 84850 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219080632 | 7/31/2006 | 573289 | 7/28/2006 | $5,414.00 | $0.00 | $5,414.00 | UP | 273603 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219140779 | 8/1/2006 | 637439 | 8/1/2006 | $5,854.00 | $0.00 | $5,854.00 | TTZX | 856293 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219128661 | 8/1/2006 | 807053 | 7/31/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2037 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219172646 | 8/3/2006 | 649483 | 8/2/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2054 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219198952 | 8/4/2006 | 649707 | 8/2/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 866620 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219198947 | 8/4/2006 | 627723 | 8/1/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 864804 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219193987 | 8/4/2006 | 676244 | 8/3/2006 | $5,414.00 | $0.00 | $5,414.00 | TTZX | 84070 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219187447 | 8/4/2006 | 627627 | 8/1/2006 | $4,786.00 | $0.00 | $4,786.00 | TTZX | 863885 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219254776 | 8/7/2006 | 660459 | 8/3/2006 | $5,828.00 | $0.00 | $5,828.00 | CHTT | 273425 |

Syringa holdings
9/01/2006

| Service | Parent | Acct Billing Name | Acct# | F/B# | F/B Date | W/B # | W/B Date | Orig Billed Amt | Payments | Curr Open Amt | Car Init | Car # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219254765 | 8/7/2006 | 681643 | 8/4/2006 | $5,828.00 | $0.00 | $5,828.00 | UP | 274526 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219208048 | 8/7/2006 | 641988 | 8/2/2006 | $5,828.00 | $0.00 | $5,828.00 | LW | 75061 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219131135 | 8/7/2006 | 622294 | 8/1/2006 | $5,854.00 | $0.00 | $5,828.00 | ATW | 50099 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219271337 | 8/8/2006 | 814777 | 7/26/2006 | $5,187.00 | $0.00 | $5,187.00 | TTZX | 86132 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219294278 | 8/9/2006 | 158037 | 8/9/2006 | $5,828.00 | $0.00 | $5,828.00 | AOK | 26966 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219286692 | 8/9/2006 | 153760 | 8/9/2006 | $5,828.00 | $0.00 | $5,828.00 | AOK | 26978 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219286710 | 8/10/2006 | 140924 | 8/8/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2011 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219308710 | 8/10/2006 | 117014 | 8/7/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 866520 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219308706 | 8/10/2006 | 140855 | 8/8/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 861941 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219335284 | 8/11/2006 | 190812 | 8/11/2006 | $5,828.00 | $0.00 | $5,828.00 | AOK | 26972 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219333471 | 8/11/2006 | 118335 | 8/7/2006 | $5,890.00 | $0.00 | $5,890.00 | TTZX | 857238 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219332819 | 8/11/2006 | 179244 | 8/10/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2013 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219383678 | 8/14/2006 | 154097 | 8/9/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 856917 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219383654 | 8/14/2006 | 194135 | 8/11/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 84082 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219414647 | 8/15/2006 | 238970 | 8/15/2006 | $5,828.00 | $0.00 | $5,828.00 | AOK | 29188 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219406312 | 8/15/2006 | 238533 | 8/15/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2053 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219398404 | 8/15/2006 | 148469 | 8/9/2006 | $5,828.00 | $0.00 | $5,828.00 | ATW | 300254 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219398402 | 8/15/2006 | 168989 | 8/10/2006 | $5,828.00 | $0.00 | $5,828.00 | ATW | 300231 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219442223 | 8/16/2006 | 265911 | 8/16/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 87601 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219442222 | 8/16/2006 | 265235 | 8/16/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 85807 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219437970 | 8/16/2006 | 263886 | 8/16/2006 | $5,828.00 | $0.00 | $5,828.00 | NOKL | 733268 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219452290 | 8/17/2006 | 263777 | 8/16/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2046 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219470714 | 8/18/2006 | 648562 | 8/14/2006 | $6,208.00 | $0.00 | $6,208.00 | CN | 624354 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219470713 | 8/18/2006 | 648566 | 8/14/2006 | $6,208.00 | $0.00 | $6,208.00 | CN | 624958 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219567633 | 8/23/2006 | 377011 | 8/17/2006 | $9,058.00 | $0.00 | $9,058.00 | CN | 625800 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219567632 | 8/23/2006 | 377012 | 8/17/2006 | $9,058.00 | $0.00 | $9,058.00 | ATW | 300793 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219686773 | 8/29/2006 | 299866 | 8/18/2006 | $5,828.00 | $0.00 | $5,828.00 | CHTT | 273093 |
| | | | | | | | | $691,724.00 | ($5,995.00) | $687,551.00 | | |
| OVERLOAD | 603627 | SYRINGA HOLDINGS | 191682 | 217176238 | 4/24/2006 | 791240 | 4/19/2006 | $850.00 | $0.00 | $850.00 | GTW | 375916 |
| OVERLOAD | 603627 | NORWEST INDUSTRIAL MAT LTD | 190812 | 219611077 | 8/25/2006 | 778984 | 8/23/2006 | $850.00 | $0.00 | $850.00 | UP | 273174 |
| | | | | | | | | $1,700.00 | $0.00 | $1,700.00 | | |
| WEIGH | 603627 | SYRINGA HOLDINGS | 191682 | 2197228329 | 8/31/2006 | 772019 | 12/14/2005 | $170.00 | $0.00 | $170.00 | TTZX | 864624 |
| WEIGH | 603627 | SYRINGA HOLDINGS | 191682 | 2197228327 | 8/31/2006 | 771701 | 12/12/2005 | $170.00 | $0.00 | $170.00 | TTZX | 86511 |
| WEIGH | 603627 | SYRINGA HOLDINGS | 191682 | 2197228325 | 8/31/2006 | 771565 | 12/12/2005 | $170.00 | $0.00 | $170.00 | TTZX | 84932 |
| | | | | | | | | $510.00 | | $510.00 | | |
| | | | | | | | TOTAL | $693,934.00 | ($5,995.00) | $689,761.00 | | |

# Syringa Holdings
## 10/02/2006

| Service | Parent | Acct Billing Name | Acct# | F/B# | F/B Date | W/B# | W/B Date | Orig Billed Amt | Payments | Curr Open Amt | Car Init | Car # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEMURRAGE | 603627 | SYRINGA HOLDINGS | 115272 | 407184 | 9/15/2006 | 407184 | 8/11/2006 | $75.00 | $0.00 | $75.00 | AOK | 26972 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218372213 | 6/21/2006 | 562986 | 6/19/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 864882 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218358386 | 6/21/2006 | 535756 | 6/16/2006 | $6,128.00 | $0.00 | $6,128.00 | TTZX | 865944 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218337301 | 6/21/2006 | 536444 | 6/16/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 806303 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392717 | 6/22/2006 | 636476 | 6/22/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 866771 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392390 | 6/22/2006 | 588554 | 6/20/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 81266? |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392389 | 6/22/2006 | 588488 | 6/20/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 81118? |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218380870 | 6/22/2006 | 610795 | 6/21/2006 | $5,344.00 | $0.00 | $5,344.00 | AKMD | 2015 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 217450757 | 6/22/2006 | 368978 | 4/28/2006 | $5,995.00 | ($5,995.00) | $1,848.00 | CN | 626233 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218412877 | 6/23/2006 | 624459 | 6/22/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 865195 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218412876 | 6/23/2006 | 602068 | 6/21/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 857137 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218407706 | 6/23/2006 | 647774 | 6/23/2006 | $5,344.00 | $0.00 | $5,344.00 | AKMD | 2054 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218405466 | 6/23/2006 | 624773 | 6/23/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 811249 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218405452 | 6/23/2006 | 624839 | 6/23/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 806040 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218399053 | 6/23/2006 | 587505 | 6/20/2006 | $5,753.00 | $0.00 | $5,753.00 | SERA | 73036 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392399 | 6/23/2006 | 588284 | 6/20/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 804301 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392400 | 6/23/2006 | 588451 | 6/20/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 804052 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218392387 | 6/23/2006 | 588212 | 6/20/2006 | $3,738.00 | $0.00 | $3,738.00 | UP | 262256 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218463842 | 6/26/2006 | 650540 | 6/23/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 81210? |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218436342 | 6/26/2006 | 532869 | 6/21/2006 | $6,128.00 | $0.00 | $6,128.00 | CN | 624085 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218428243 | 6/26/2006 | 372895 | 6/20/2006 | $9,028.00 | $0.00 | $9,028.00 | TTZX | 864685 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218428228 | 6/26/2006 | 530219 | 6/20/2006 | $6,128.00 | $0.00 | $6,128.00 | CN | 624832 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218420760 | 6/26/2006 | 521661 | 6/16/2006 | $6,128.00 | $0.00 | $6,128.00 | ATW | 300602 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218487032 | 6/27/2006 | 695052 | 6/27/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 861763 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218478625 | 6/27/2006 | 679243 | 6/26/2006 | $5,344.00 | $0.00 | $5,344.00 | AKMD | 2037 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218475368 | 6/27/2006 | 644147 | 6/23/2006 | $5,753.00 | $0.00 | $5,753.00 | TTZX | 866921 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218509159 | 6/28/2006 | 693948 | 6/27/2006 | $3,738.00 | $0.00 | $3,738.00 | SSW | 88341 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218500171 | 6/28/2006 | 676208 | 6/26/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 804478 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218496156 | 6/28/2006 | 373204 | 6/23/2006 | $9,028.00 | $0.00 | $9,028.00 | TTZX | 866342 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218509287 | 6/29/2006 | 693788 | 6/27/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 804052 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218544534 | 6/30/2006 | 148034 | 6/27/2006 | $3,738.00 | $0.00 | $3,738.00 | TTPX | 804039 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218542520 | 6/29/2006 | 678902 | 6/29/2006 | $5,344.00 | $0.00 | $5,344.00 | AKMD | 2018 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218599682 | 7/3/2006 | 553123 | 6/26/2006 | $5,407.00 | $0.00 | $5,407.00 | UP | 273305 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218599670 | 7/3/2006 | 552277 | 6/29/2006 | $6,128.00 | $0.00 | $6,128.00 | CN | 624542 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218564038 | 7/3/2006 | 373530 | 6/27/2006 | $6,128.00 | $0.00 | $6,128.00 | IC | 977650 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218561352 | 6/29/2006 | 144062 | 6/29/2006 | $9,028.00 | $0.00 | $9,028.00 | CN | 625850 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218634866 | 7/5/2006 | 215702 | 7/5/2006 | $6,128.00 | $0.00 | $6,128.00 | TTZX | 857290 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218681301 | 7/7/2006 | 238648 | 7/6/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 864432 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218681296 | 7/7/2006 | 218408 | 7/5/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 85302 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218677030 | 7/7/2006 | 253419 | 7/7/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 856125 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218688685 | 7/10/2006 | 251353 | 7/7/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 865370 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218687367 | 7/10/2006 | 563093 | 7/5/2006 | $5,414.00 | $0.00 | $5,414.00 | AOK | 26835 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218687369 | 7/11/2006 | 296728 | 7/11/2006 | $6,208.00 | $0.00 | $6,208.00 | CN | 623807 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218736539 | 7/11/2006 | 296728 | 7/11/2006 | $5,414.00 | $0.00 | $5,414.00 | TR | 200350 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218751048 | 7/12/2006 | 247625 | 7/7/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 856887 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218787776 | 7/13/2006 | 313564 | 7/12/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 866460 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218803225 | 7/14/2006 | 357569 | 7/14/2006 | $5,414.00 | $0.00 | $5,414.00 | TTZX | 84476 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218803211 | 7/14/2006 | 357456 | 7/14/2006 | $5,828.00 | $0.00 | $5,828.00 | NOKL | 733257 |

# Syringa Holdings
## 10/02/2006

| Service | Parent | Acct Billing Name | Acct# | F/B# | F/B Date | W/B # | W/B Date | Orig Billed Amt | Payments | Curr Open Amt | Car Init | Car # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218796650 | 7/14/2006 | 307885 | 7/11/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 862512 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218796646 | 7/14/2006 | 285842 | 7/10/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 84074 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218793072 | 7/14/2006 | 249952 | 7/7/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 866641 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218793071 | 7/14/2006 | 296463 | 7/11/2006 | $5,828.00 | $0.00 | $5,828.00 | CORP | 9389 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218848841 | 7/17/2006 | 390538 | 7/17/2006 | $5,828.00 | $0.00 | $5,828.00 | CORP | 9385 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218838044 | 7/17/2006 | 335679 | 7/13/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2057 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218810602 | 7/17/2006 | 374117 | 7/6/2006 | $9,058.00 | $0.00 | $9,058.00 | AOK | 21361 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218809054 | 7/17/2006 | 374487 | 7/11/2006 | $9,058.00 | $0.00 | $9,058.00 | AOK | 28340 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218858980 | 7/18/2006 | 395121 | 7/17/2006 | $5,414.00 | $0.00 | $5,414.00 | NOKL | 734322 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218889577 | 7/19/2006 | 386263 | 7/17/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 862336 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218889576 | 7/19/2006 | 386491 | 7/17/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 866068 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218889574 | 7/19/2006 | 386584 | 7/17/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 861675 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218889572 | 7/19/2006 | 386403 | 7/17/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 857235 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218888370 | 7/19/2006 | 425716 | 7/19/2006 | $5,828.00 | $0.00 | $5,828.00 | NOKL | 732106 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218886194 | 7/19/2006 | 354656 | 7/14/2006 | $5,828.00 | $0.00 | $5,828.00 | CORP | 9335 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218883096 | 7/19/2006 | 410896 | 7/18/2006 | $5,890.00 | $0.00 | $5,890.00 | CHTT | 273685 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218909929 | 7/20/2006 | 453545 | 7/20/2006 | $5,828.00 | $0.00 | $5,828.00 | NOKL | 734405 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218901327 | 7/20/2006 | 441342 | 7/20/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2045 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218896821 | 7/20/2006 | 585842 | 7/17/2006 | $6,208.00 | $0.00 | $6,208.00 | AOK | 21270 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218952183 | 7/24/2006 | 588291 | 7/18/2006 | $6,208.00 | $0.00 | $6,208.00 | IC | 977742 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218952142 | 7/24/2006 | 374926 | 7/19/2006 | $9,058.00 | $0.00 | $9,058.00 | CN | 624775 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218950551 | 7/24/2006 | 430588 | 7/19/2006 | $5,345.00 | $0.00 | $5,345.00 | TTZX | 858357 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218946842 | 7/24/2006 | 466389 | 7/21/2006 | $5,414.00 | $0.00 | $5,414.00 | UP | 274278 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218937374 | 7/24/2006 | 410980 | 7/18/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 857333 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219002475 | 7/25/2006 | 469242 | 7/21/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 863457 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219002467 | 7/25/2006 | 469356 | 7/21/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 864192 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219002466 | 7/25/2006 | 469213 | 7/21/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 857332 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218999564 | 7/25/2006 | 464344 | 7/21/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 862243 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218990942 | 7/25/2006 | 596304 | 7/21/2006 | $6,208.00 | $0.00 | $6,208.00 | CN | 623983 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 218989549 | 7/25/2006 | 499096 | 7/24/2006 | $5,414.00 | $0.00 | $5,414.00 | TTZX | 855172 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219012127 | 7/26/2006 | 513055 | 7/25/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2006 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219034797 | 7/27/2006 | 884944 | 7/12/2006 | $5,187.00 | $0.00 | $5,187.00 | TTZX | 860690 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219052714 | 7/28/2006 | 491731 | 7/24/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 856127 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219052711 | 7/28/2006 | 441511 | 7/20/2006 | $5,828.00 | $0.00 | $5,828.00 | TTZX | 866035 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219116934 | 7/31/2006 | 576854 | 7/28/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 862028 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219116886 | 7/31/2006 | 576886 | 7/28/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 84698 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219105032 | 7/31/2006 | 867966 | 7/19/2006 | $5,478.00 | $0.00 | $5,478.00 | TTZX | 84850 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219080632 | 7/31/2006 | 573289 | 7/28/2006 | $5,414.00 | $0.00 | $5,414.00 | UP | 273603 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219140779 | 8/1/2006 | 637439 | 8/1/2006 | $5,854.00 | $0.00 | $5,854.00 | TTZX | 856299 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219128661 | 7/31/2006 | 607053 | 8/1/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2037 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219172646 | 8/3/2006 | 649483 | 8/2/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2054 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219198952 | 8/4/2006 | 649707 | 8/2/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 866620 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219198947 | 8/4/2006 | 627723 | 8/1/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 864804 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219193987 | 8/4/2006 | 676244 | 8/3/2006 | $5,414.00 | $0.00 | $5,414.00 | TTZX | 84070 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219187447 | 8/4/2006 | 627627 | 8/1/2006 | $4,786.00 | $0.00 | $4,786.00 | TTZX | 863885 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219254776 | 8/7/2006 | 660459 | 8/3/2006 | $5,828.00 | $0.00 | $5,828.00 | CHTT | 273425 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219254765 | 8/7/2006 | 681643 | 8/4/2006 | $5,828.00 | $0.00 | $5,828.00 | UP | 274526 |

Syringa Holdings
10/02/2006

| Service | Parent | Acct Billing Name | Acct# | F/B# | F/B Date | W/B # | W/B Date | Orig Billed Amt | Payments | Curr Open Amt | Car Init | Car # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219208048 | 8/7/2006 | 641988 | 8/2/2006 | $5,828.00 | $0.00 | $5,828.00 | LW | 75061 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219131135 | 8/7/2006 | 622294 | 8/1/2006 | $5,854.00 | $0.00 | $5,828.00 | ATW | 50099 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219271337 | 8/8/2006 | 814777 | 7/26/2006 | $5,187.00 | $0.00 | $5,187.00 | TTZX | 86132 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219294278 | 8/9/2006 | 158037 | 8/9/2006 | $5,828.00 | $0.00 | $5,828.00 | AOK | 26966 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219292686 | 8/9/2006 | 153760 | 8/9/2006 | $5,828.00 | $0.00 | $5,828.00 | AOK | 26978 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219286692 | 8/9/2006 | 140924 | 8/8/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2010 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219308710 | 8/10/2006 | 117014 | 8/7/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 866528 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219308706 | 8/10/2006 | 140855 | 8/8/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 861940 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219335284 | 8/11/2006 | 190812 | 8/11/2006 | $5,828.00 | $0.00 | $5,828.00 | AOK | 26972 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219333471 | 8/11/2006 | 118335 | 8/7/2006 | $5,890.00 | $0.00 | $5,890.00 | TTZX | 857236 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219332819 | 8/11/2006 | 179244 | 8/10/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2010 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219383678 | 8/14/2006 | 154097 | 8/9/2006 | $6,208.00 | $0.00 | $6,208.00 | TTZX | 856917 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219383654 | 8/14/2006 | 194135 | 8/11/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 84080 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219414647 | 8/15/2006 | 238970 | 8/15/2006 | $5,828.00 | $0.00 | $5,828.00 | AOK | 29189 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219406312 | 8/15/2006 | 238533 | 8/15/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2050 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219398404 | 8/15/2006 | 148469 | 8/9/2006 | $5,828.00 | $0.00 | $5,828.00 | ATW | 300254 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219398402 | 8/15/2006 | 168989 | 8/10/2006 | $5,828.00 | $0.00 | $5,828.00 | ATW | 300234 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219442223 | 8/16/2006 | 265911 | 8/16/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 87601 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219442222 | 8/16/2006 | 265235 | 8/16/2006 | $5,794.00 | $0.00 | $5,794.00 | TTZX | 85800 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219437970 | 8/16/2006 | 263886 | 8/16/2006 | $5,828.00 | $0.00 | $5,828.00 | NOKL | 733260 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219452290 | 8/17/2006 | 263777 | 8/16/2006 | $5,414.00 | $0.00 | $5,414.00 | AKMD | 2044 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219470714 | 8/18/2006 | 648562 | 8/14/2006 | $6,208.00 | $0.00 | $6,208.00 | CN | 624350 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219470713 | 8/18/2006 | 648566 | 8/14/2006 | $6,208.00 | $0.00 | $6,208.00 | CN | 624955 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219567633 | 8/23/2006 | 377011 | 8/17/2006 | $9,058.00 | $0.00 | $9,058.00 | CN | 625800 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219567632 | 8/23/2006 | 377012 | 8/17/2006 | $9,058.00 | $0.00 | $9,058.00 | ATW | 300793 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219686773 | 8/29/2006 | 299866 | 8/18/2006 | $5,828.00 | $0.00 | $5,828.00 | CHTT | 273093 |
| FREIGHT | 603627 | SYRINGA HOLDINGS LTD CO | 4012 | 219891719 | 9/8/2006 | 858984 | 8/18/2006 | $5,187.00 | $0.00 | $5,187.00 | TTZX | 83550 |
| OVERLOAD | 603627 | NORWEST INDUSTRIAL MAT LTD | 190812 | 219611077 | 8/25/2006 | 778984 | 8/23/2006 | $850.00 | $0.00 | $850.00 | UP | 273176 |
| WEIGH | 603627 | SYRINGA HOLDINGS | 191682 | 219728329 | 8/31/2006 | 772019 | 12/14/2005 | $170.00 | $0.00 | $170.00 | TTZX | 864624 |
| WEIGH | 603627 | SYRINGA HOLDINGS | 191682 | 219728327 | 8/31/2006 | 771701 | 12/12/2005 | $170.00 | $0.00 | $170.00 | TTZX | 8651 |
| WEIGH | 603627 | SYRINGA HOLDINGS | 191682 | 219728325 | 8/31/2006 | 771565 | 12/12/2005 | $170.00 | $0.00 | $170.00 | TTZX | 8493 |
| | | | | | | | | $698,346.00 | ($5,995.00) | $694,173.00 | | |