IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | Case No. 1:06-CV-00506EJL |
| | ) | |
| Plaintiff, | ) | |
| | ) | REPORT TO COURT |
| vs. | ) | FOLLOWING ORDER |
| | ) | GRANTING CONTINUANCE |
| SYRINGA HOLDINGS, LTD. CO. | ) | TO NOVEMBER 15, 2007 AND |
| | ) | FURTHER MOTION FOR |
| Defendant. | ) | CONTINUANCE |

COMES NOW the Plaintiff, Union Pacific Railroad Company, by and through its attorneys of record, and hereby advises the Court as follows:

1. This matter was originally filed on December 18, 2006 with the Plaintiff seeking to recover $689,761.00 in unpaid freight charges incurred by the Defendant.

2. On March 5, 2007, Plaintiff submitted a report to the Court advising the Court that the parties had reached a written settlement agreement. There were certain conditions to the settlement agreement, including significant payments that needed to be completed under the terms of the agreement. In particular, the Defendant agreed to pay the Plaintiff $693,323.00 in principal payments between March 2007 and September 2007 to completely resolve the unpaid amounts due and owing to Union Pacific Railroad Company. Due to market conditions, Syringa Holdings, Ltd. Co. was unable to satisfy the terms of the settlement agreement.

3. After failing to meet the terms of the settlement agreement, the Defendant sought to secure financing for the purpose of satisfying the outstanding obligation to Union Pacific Railroad. Unfortunately, financing was not secured.

4.      Due to changes in the market, the Defendant has begun making payments to Union Pacific Railroad Company in an attempt to satisfy its obligation to Union Pacific. The Defendant has been able to make payments totaling just shy of $205,000.00 in the last 120 days. Pursuant to the discussion of the parties (direct discussions between the parties) it has been represented that the Defendant has several large contracts which it hopes will lead to the sale and delivery of its inventory by the end of the year and the satisfaction of this obligation by January 31, 2008.

5.      The Plaintiff is cognizant that a number of continuances have been requested in this matter, four to be exact.  The Plaintiff is further cognizant of the fact that the Court has directed that there be no further continuances in its Order dated November 15, 2007. As the Defendant is making significant efforts to resolve this matter and has made significant strides in satisfying its obligation to Union Pacific Railroad Company, the Plaintiff is requesting that the Court continue this matter one final time until February 15, 2008.  The Plaintiff represents that it will make no further requests for continuances.

WHEREFORE, the Plaintiff, for good cause shown, respectfully prays this Court continue the matter to February 15, 2008 to allow the parties to determine whether or not this matter can be fully resolved.

                                  UNION PACIFIC RAILROAD COMPANY, Plaintiff,

                                  By:    /s/Kyle Wallor
                                            Kyle Wallor, Nebraska Bar No. 21346
                                            LAMSON, DUGAN AND MURRAY, LLP
                                and
                                            Stephen R. Thomas, ISB No. 2326
                                            Tyler J. Anderson, ISB No. 6632
                                            MOFFATT, THOMAS, BARRETT, ROCK & FIELDS,
                                                 CHARTERED

CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2007, I electronically filed the forgoing with the clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service, Certified Mail, Return Receipt Requested, the document to the following non CM/ECF participants:

Syringa Holdings, Ltd. Co.
℅ Registered Agent, William D. Trammel
8324 Westchester
Boise, Idaho 83704

                                      By:    /s/Kyle Wallor
                                                Kyle Wallor, Nebraska Bar No. 21346

#418450