IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | Case No. 1:06-CV-00506EJL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | RULE 41 MOTION TO DISMISS |
| | ) | WITHOUT PREJUDICE |
| SYRINGA HOLDINGS, LTD. CO. | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the Plaintiff, Union Pacific Railroad Company, by and through its attorneys of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby submits this Notice of Dismissal for the purpose of voluntarily dismissing the above matter, without prejudice to any further action.

DATED this __ day of February 2008.

UNION PACIFIC RAILROAD COMPANY, Plaintiff,

By:   /s/Kyle Wallor
     Kyle Wallor, Nebraska Bar No. 21346
     LAMSON, DUGAN AND MURRAY, LLP

and

     Stephen R. Thomas, ISB No. 2326
     Tyler J. Anderson, ISB No. 6632
     MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

CERTIFICATE OF SERVICE

I hereby certify that on February ___, 2008, I electronically filed the forgoing with the clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service, Certified Mail, Return Receipt Requested, the document to the following non CM/ECF participants:

Syringa Holdings, Ltd. Co.
℅ Registered Agent, William D. Trammel
8324 Westchester
Boise, Idaho 83704

By:   /s/Kyle Wallor
     Kyle Wallor, Nebraska Bar No. 21346