IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | Case No. 1:06-CV-00506EJL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SYRINGA HOLDINGS, LTD. CO. | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came on to be heard upon the Plaintiff's Rule 41 Motion to Dismiss, Without Prejudice [20].

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed, without prejudice to any further action.

DATED: **February 11, 2008**

Honorable Edward J. Lodge
U. S. District Judge